RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JEREMY DANIEL GREER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JEREMY DANIEL GREER,<br><br>     Defendant.<br>_____/ | No. CR. 17-533-EMC [LB]<br><br>**WAIVER OF APPEARANCE FOR FEBRUARY 7, 2020 STATUS HEARING**<br>_____ |

    Jeremy Greer, by and through his counsel of record, respectfully requests that his appearance be waived for the status conference on February 7, 2020. He is unable to leave a special work project that he is involved in.

Date: February 6, 2020                                    Respectfully submitted,


                                                          _____/s_____
                                                          Randy Sue Pollock
                                                          Counsel for Jeremy Greer