| | |
|---|---|
| RANDY SUE POLLOCK<br>Attorney at Law (CSBN 64493)<br>286 Santa Clara Avenue<br>Oakland, CA 94610<br>Tel: (510) 763-9967<br>Fax: (510) 380-6551<br>rsp@rspollocklaw.com<br><br>Attorney for Defendant<br>JEREMY DANIEL GREER | **FILED**<br><br>Apr 19 2022<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JEREMY DANIEL GREER<br><br>        Defendant.<br>_____/ | Case No. 17-00533-EMC [TSH]<br><br>AMENDED: Corrects date of continued hearing<br>**STIPULATION TO CONTINUE DATE FOR BAIL VIOLATION HEARING**<br>_____ |

IT IS HEREBY STIPULATED by and between Randy Sue Pollock, counsel for defendant Jeremy Greer, and Assistant United States Attorney Kevin Barry, that the bail violation hearing be continued from April 27, 2022 to May 12, 2022 at noon. Defense counsel will be out of the country from April 21, 2022 until May 2, 2022.

Supervising Pretrial Services Officer Josh Libby has no objection to continuing the date for his hearing.

Hearing is continued to May 12, 2022 at 10:30 a.m., before Judge Spero.

Date: April 18, 2022                                          /s/ *RANDY SUE POLLOCK*
                                                              RANDY SUE POLLOCK
                                                              Counsel for Defendant
                                                              Jeremy Daniel Greer

Date: September 12, 2018                                      _____

*Stipulation To Continue Bail Violation Hearing*
*United States vs. Jeremy Greer, CR. 17-00533-EMC*

1
2
3  Date: April 18, 2022                                    +          /s/
                                                           KEVIN BARRY
4                                                          Assistant United States Attorney
5
6
7  SO ORDERED:
8  April 19 , 2022
                                              _____
9                                              THOMAS S. HIXSON
                                               United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Stipulation To Continue Bail Violation Hearing*
*United States vs. Jeremy Greer, CR. 17-00533-EMC*                                              2