**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CRIMINAL MINUTE ORDER**

| **Case No.:** 17-cr-00533-EMC-4 (JCS) | **Case Name:** USA v.  Jeremy Greer (Present, by Zoom. No custody) | |
|---|---|---|
| **Magistrate Judge: JOSEPH C. SPERO** | **Date**:  June 8, 2023 | **Time:**  49 M |

**Attorney for Plaintiff:**  Kevin Barry
**Attorney for Defendant:**  Randy Sue Pollock, CJA
**Interpreter:**  NA
**US Pretrial Officer:**   Josh Libby
**US Probation Officer:**  NA

**Deputy Clerk:** Karen Hom                   **Digital Recorder:** Zoom Webinar Time: 4:00-4:49

**ZOOM PROCEEDINGS**

Continued Detention Hearing – Held

**ORDERED AFTER HEARING**

Mr. Greer consents to appearing by Zoom video conference.
Court addressed the latest violation memo dated June 8, 2023. Defendant admonished.
Court heard updates from pretrial and Ms. Pollock.
Court ordered that Mr. Greer shall self-surrender to the USM by **Noon on Thursday, June 15, 2023, at Santa Rita Jail.**
Defendant shall remain on lockdown at the SLE.  Mr. Greer should have someone accompany him to move his equipment and tools. Parties can submit a stipulation to modify conditions of release for family visits and/or to move his equipment and tools.
Pretrial to submit cover sheet/proposed order.

**EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT:**

**Order to be prepared by:**
 [ ] Plaintiff        [ ] Defendant        [ ] Court        [X] Pretrial

cc: USM