RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JEREMY GREER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-533-EMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| JEREMY GREER | |
| Defendant. | |

Defendant Jeremy Greer, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Lina Peng request that this Court continue the sentencing presently set for June 29, 2023 until September 21, 2023.

This continuance is at the request of defense counsel.  Mr. Greer is presently in custody and counsel will need considerable more time to meet and confer with him in order to prepare for his sentencing.

Mr. Greer has two pending felony charges in Sonoma Superior Court that defense wants to resolve prior to his sentencing in this case.  His next court appearance in Santa Rosa is August 29, 2023. The United States' position is that regardless of where the state case stands, sentencing should proceed on September 21, 2023 and it will not agree to further continuances.

[PROPOSED] ORDER RE. STIPULATION TO CONTINUE SENTENCING
UNITED STATES VS. JEREMY GREER, CR. 17-533-EMC

1  Defense counsel is scheduled for kneecap replacement surgery on July 11, 2023, and will be
2  unable to meet with Mr. Greer for at least two or three weeks after her surgery.
3  United States Probation Officer Melissa Moy has no objection to this continuance.  She must amend the
4  presentence report to include the new offense conduct in Santa Rosa.

Date:  June 22, 2023                                             /s/_____
                                                                 RANDY SUE POLLOCK
                                                                 Counsel for Defendant Jeremy Greer


Date:  June 22, 2023                                             /s/_____
                                                                 LINA PENG
                                                                 Assistant United States Attorney


## [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that sentencing is continued to September 21, 2023 at 9 a.m.

IT IS SO ORDERED.

Date:  6/23/2023                                                 _____
                                                                 HON. EDWARD M. CHEN
                                                                 United States District Judge

[~~PROPOSED~~] ORDER RE. STIPULATION TO CONTINUE SENTENCING
UNITED STATES VS. JEREMY GREER, CR. 17-533-EMC