RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone:   510-763-9967
Facsimile:   510-380-6551
rsp@rspollocklaw.com

Counsel for Defendant
JEREMY DANIEL GREER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY DANIEL GREER,<br><br>Defendant. | No. CR 17-533-EMC<br><br>**DEFENDANT'S LETTER IN SUPPORT OF MOTION FOR REDUCTION OF SENTENCE** |

Defendant JEREMY DANIEL GREER, by and through his counsel, respectfully submits the attached letter in support of the Motion For Reduction of his sentence.

Date: May 20, 2024

Respectfully submitted,

_/s/_____
RANDY SUE POLLOCK
Counsel for Defendant Jeremy Daniel Greer

1

Dear Honorable Judge Edward Chen,

Since being incarcerated as of 5/20/23 I have completed High school and received my diploma. Currently at Lompoc, I have taken brain health and wellness classes and received a certificate, I have also completed my financial need money smart a five-week course. I have been working on my behavior since I was told to turn myself in. I was a mod worker atSanta Rita up until I transferred to prison. Since I have been in prison, I have had no incidents or write-ups, I have been to all my team meetings and satisfied all my requirements. I went out on a writ and resolved my detainer. I've been on my best behavior and even sought help with my drug problem with Phycology and I have been into R-dap and the Mat Program without even getting the year off. I have taken every step here with the help of my counselor and phycology to get a handle on my addiction! I currently work as a hospital orderly and a barber and am also a member of the hobby shop. I work on art as an outlet and way of expression. My relationship with my wife is progressing rapidly to a trusting loving marriage that she has been deserving of! My relationship with my children is exceptional except i'm so far away from them.

    Your Honor before I was indicted in November of 2017 I was in a very bad place emotionally with losing my daughter Jayla, prior to that I was very successful in life with being a homeowner and business owner, I was just young and didn't know how serious addiction the behavior was attached to it. I am very sorry to the people I've hurt in my life and have a lot of amends to make. My plan when I get home is to work with my father-in-law to earn a decent living to support a full life with my wife and kids. I waisted almost 10 years of my life to addiction during this drawn out indictment and should have put my wife and kids first! Now its time to lead by example and be a positive role model in their lives and show them what a healthy marriage is like I plan to coach them in there sporting events teaching them right from wrong, take then camping to church and most of all be present when they need me just to listen to them. Please consider my zero-point offender motion in hopes that I may get home to my family sooner to support them financially and emotionally. This is extremely hard on all of them as it is on me and my wife and kids are struggling without me everyday. As you already know my son robbie has brain aneurysm and my 22 month old daughter is currently in the hospital with pneumonia . Thank you for your consideration.

Jeremy Greer