UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JEREMY DANIEL GREER,<br>　　　　Defendant. | Case No. 17-cr-00533-EMC-4<br><br>**ORDER DENYING DEFENDANT GREER'S MOTION FOR REDUCTION OF SENTENCE**<br><br>Docket No. 3720 |

　　Defendant Greer has filed a motion for reduction of sentence pursuant to 18 U.S.C. Amendment 821 and section 3582(e)(2). As the government properly notes, and the defendant does not dispute, Mr. Greer is not eligible for relief for two reasons. First, he does not qualify under new Guideline 4C1.1.(a), because the offense on which he was convicted involved violence or credible threats of violence and because it resulted in serious injuries. Second, even if Mr. Greer were eligible for the relief of a lowered guideline range, Guideline 1B1.10(b)(2)(A) precludes a sentence lower than the bottom of the recalculated range. Mr. Greer's sentence of 84 months is already below the 87-108 months range at the proposed adjusted offense level of 29, CHC I. Accordingly, the motion is **DENIED**.

　　**IT IS SO ORDERED**.

Dated: October 9, 2024

_____
EDWARD M. CHEN
United States District Judge